IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

    Plaintiff,                          No. CIV S-02-0214 MCE GGH P

    vs.

MURPHY, et al.,

    Defendants.              <u>ORDER</u>

    _____/

    Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On May 2, 2005, plaintiff filed his eighth request for the appointment of counsel. Plaintiff's previous requests were filed on January 22, 2003, March 7, 2003,[1] May 21, 2003, December 19, 2003, March 19, 2004, December 13, 2004 and February 10, 2005. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's May 2, 2005 request is denied.

DATED: 5/9/05                                     /s/ Gregory G. Hollows

                                               GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
brow0214.31(8)

---

[1] In his March 7, 2003 filing, plaintiff requested reconsideration of this court's February 11, 2003 order, denying the request for appointment of counsel, filed on January 22, 2003. The district judge denied the untimely request for reconsideration by order filed on March 19, 2003.