IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

        Plaintiff,                    No. CIV S-02-0214 MCE GGH P

   vs.

MURPHY, et al.,

        Defendants.            <u>ORDER</u>

                                 /

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On February 28, 2006, plaintiff filed his tenth request for the appointment of counsel. Plaintiff's previous requests were filed on January 22, 2003, March 7, 2003, May 21, 2003, December 19, 2003, January 14, 2004, March 19, 2004, December 13, 2004, February 10, 2005 and May 2, 2005. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's February 28, 2006 request is denied.

DATED: 3/8/06

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:mp; brow0214.31thr

1