IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

    Plaintiff,                    No. CIV S-02-0214 MCE GGH P

    vs.

MURPHY, et al.,                    <u>ORDER</u>

    Defendants.

_____/

On September 19, 2007, plaintiff filed "objections" to the magistrate judge's order filed September 5, 2007, denying plaintiff's July 31, 2007, request for appointment of counsel, which the court construes as a request for reconsideration. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed September 5, 2007, is affirmed.

Dated: October 3, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE