# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE BROWNLEE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MURPHY, et al.,<br><br>　　　　　　　Defendants. | CIV S-02-0214 MCE GGH P<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT |

　　　　On September 27, 2007, Defendants sought an extension of time of eleven days, up to and including October 8, 2007, within which to file a motion for summary judgment.

　　　　Good cause appearing, Defendants' request is granted.

　　　　IT IS SO ORDERED.

Dated: Oct. 9, 2007

　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS

1