IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

    Plaintiff,                        No. CIV S-02-0214 MCE GGH P

    vs.

MURPHY, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Defendants ask to be relieved from filing a pretrial statement in light of their motion for summary judgment, which was filed on October 9, 2007.[1] As the dispositive motion is pending, the court will vacate the deadlines for the parties to file pretrial statements, and the dates for the pretrial conference and trial as set forth in the court's Order, filed on June 21, 2007.

        Accordingly, IT IS ORDERED that:

        1. The January 18, 2008, deadline for plaintiff to file a pretrial statement, the February 1, 2008, deadline for defendants to file their pretrial statement, as well as the February 8, 2008, pretrial conference and May 19, 2008, trial dates, are vacated from the Order, filed on June

---

[1] The court notes that defendants were granted an extension of time until October 8, 2007, to file their dispositive motion, which they ultimately filed one day later, which tardiness, on this occasion, the court finds de minimis and therefore will deem the motion timely filed.

1

21, 2007; and

    2. Upon adjudication of defendants' October 9, 2007, motion for summary judgment, the court will re-set the aforementioned deadlines, if appropriate.

DATED: 11/7/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
brow0214.vac