IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

        Plaintiff,                    No. CIV S-02-0214-MCE-GGH P

    vs.

MURPHY, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time until October 4, 2008, to file objections to the findings and recommendations of August 15, 2008. However, the current demands of the court's calendar does not permit an extension of time of that length.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 2, 2008 request for an extension of time (Docket #180) is partially granted;

        2. Plaintiff is granted until September 24, 2008, in which to file his objections; and no further extension.

DATED: 09/17/08                              /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009/cm
brow0214.36