IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRENCE BROWNLEE, | | No. 2:02-cv-00214-MCE-GGH P |
| Plaintiff, | | |
| vs. | | <u>ORDER</u> |
| MURPHY, et al., | | |
| Defendants. | | |
| _____/ | | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On August 15, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Defendants and Plaintiff have filed objections to the findings and recommendations.

///

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 15, 2008 are adopted in full;

2. Defendants' motion for summary judgment, filed on 10/09/07, is denied;

3. Plaintiff's reinstated due process claims are dismissed, and

4. This case shall be set for trial on plaintiff's allegations of excessive force in violation of the Eighth Amendment against defendants Murphy, Snyder, Lytle and Prado.

Dated:  September 30, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE