IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

    Plaintiff,                             No. CIV S-02-0214 MCE GGH P

    vs.

MURPHY, et al.,

    Defendants.                     <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On December 17, 2008, plaintiff filed his eleventh motion for the appointment of counsel. Plaintiff's previous motions were filed on January 22, 2003, March 7, 2003, May 21, 2003, December 19, 2003, January 14, 2004, December 13, 2004, February 10, 2005, May 2, 2005, February 28, 2006 and July 31, 2007. All motions were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's December 17, 2008 motion for appointment of counsel is denied.

DATED: January 5, 2009

                                                      /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:mp; brow0214.31thr