IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

      Plaintiff,               No. CIV S-02-0214 MCE GGH P

   vs.

MURPHY, et al.,

      Defendants.       <u>ORDER</u>

_____/

      Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action.  On January 23, 2009, plaintiff filed his twelfth motion for the appointment of counsel.  Plaintiff's previous motions were filed on January 22, 2003, March 7, 2003, May 21, 2003, December 19, 2003, January 14, 2004, December 13, 2004, February 10, 2005, May 2, 2005, February 28, 2006, July 31, 2007 and December 17, 2008.  All motions were denied.  In light of those orders, IT IS HEREBY ORDERED that plaintiff's January 23, 2009, motion for appointment of counsel is denied.

      Plaintiff shall file no further requests for counsel.  Violation of this order may result in sanctions, up to and including dismissal of the case.

DATED: March 18, 2009          /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE