UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,                    No. 2:02-cv-00214-MCE-GGH P

    Plaintiff,

  v.                                  MEMORANDUM AND ORDER

MURPHY, et al.,

    Defendants.
_____/

    Defendants' Motion for Clarification (Docket No. 198) is hereby GRANTED.  This Court's July 9, 2009, Minute Order is hereby amended as follows:

> YOU ARE HEREBY NOTIFIED the 7/21/2010 jury trial is vacated and ADVANCED to 11/16/2009 at 9:00 a.m. in Courtroom 7.  Accordingly, the 4/13/2009 Further Scheduling Order 196 is vacated.  Individual Final Pretrial Statements are due not later than 10/19/2009. Any evidentiary or procedural motions shall be filed by 10/26/2009, oppositions must be filed by 11/2/2009, and replies, if any, must be filed by 11/9/2009.  The parties are ordered to file their trial briefs, witness list, and exhibit list by 11/9/2009.  The clerk's office is directed to notify the out-to-court desk and to fax the warden(s) of the appropriate prison(s).

    IT IS SO ORDERED.

Dated: July 30, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1